THE STATE OF OHIO, APPELLEE, *v.* BROWN, APPELLANT.

[Cite as *State v. Brown* (1996), 74 Ohio St.3d 630.]

(No. 95–2183—Submitted January 23, 1996—Decided February 28, 1996.)

*Anthony G. Pizza,* Lucas County Prosecuting Attorney, and *Craig T. Pearson,* Assistant Prosecuting Attorney, for appellee.

*Danny Brown, pro se.*

―――――――――

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., not participating.